In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO.  09-13-00535-CR
_____

**TIMOTHY EUGENE LEGGETT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 411th District Court**
**Polk County, Texas**
**Trial Cause No. 22846**

**ORDER**

Counsel of record for Timothy Eugene Leggett filed a motion for leave to withdraw and to remand the case to the trial court for appointment of new counsel on appeal. Counsel commenced employment with the Liberty County District Attorney's Office on January 1, 2014.

It is, therefore, ORDERED that the appeal is abated and the case is remanded to the trial court for the purpose of appointing new counsel to represent the appellant. All appellate timetables are suspended pending resolution of this matter in the trial court. A

1

supplemental clerk's record containing any orders and findings made by the trial court pursuant to this Order, together with a reporter's record if a hearing is conducted by the trial court, shall be filed with the Court of Appeals by February 3, 2014.

ORDER ENTERED January 2, 2014.

PER CURIAM

Before McKeithen, C.J., Kreger and Johnson, JJ.